**Order entered June 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00099-CV

### CITY OF IRVING, TEXAS, Appellant

### V.

### EDWIN MUNIZ, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-07034-E**

### ORDER

Before the Court is appellee's June 28, 2021 motion for a second extension of time to file his brief. Appellee seeks a fourteen-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than July 12, 2021. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
         JUSTICE